UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

JOHN M. HIGGINS, *et al.*,

Plaintiffs,

v.

KENTUCKY SPORTS RADIO, LLC, *et al.*,

Defendants.

Case No. 5:18-cv-043-JMH

**JUDGMENT**

***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

(1) Defendants' motion to dismiss [DE 56] is **GRANTED**;

(2) The claims in Plaintiffs' amended complaint [DE 55] are **DISMISSED WITH PREJUDICE**;

(3) Judgment is **ENTERED** in favor of the Defendant;

(4) All deadlines set and hearings scheduled in this matter are **CONTINUED GENERALLY**;

(5) All other pending motions are **DENIED AS MOOT**;

(6) This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(7) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 20th day of March, 2019.

**Signed By:**

***Joseph M. Hood*** JMH

**Senior U.S. District Judge**