UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| JOHN M. HIGGINS, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|    vs. | )    Civil No. 5:18-cv-043-JMH |
| | ) |
| KENTUCKY SPORTS RADIO, et al., | ) |
| | ) |
|    Defendants. | ) |

\*\*\*\*\*

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, John M. Higgins, Carol Higgins, and Weatherguard, Inc., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Memorandum Opinion and Order (Doc. 65) and Judgment (Doc. 66) in the above captioned matter which were entered on March 20, 2019, and which dismissed the Plaintiffs' amended complaint.

Respectfully submitted,

*/s/ Kent Wicker*
Kent Wicker
William H. Brammell, Jr.
Danyel Rickman
DRESSMAN BENZINGER LAVELLE PSC
2100 Waterfront Plaza
321 West Main Street
Louisville, KY 40202
(502) 572-2500
(502) 572-2503 (Fax)

1

        John P. Passarelli
        Carol A. Svolos
        Kutak Rock LLP
        1650 Farnam Street
        The Omaha Building
        Omaha, NE 68102-2186
        Tel:   (402) 346-6000
        Fax:   (402) 346-1148

        Kimberly M. Hare
        Kutak Rock LLP
        One South Wacker Drive
        Suite 3910
        Chicago, IL 60606
        Tel:   (312) 602-4100
        Fax:   (312) 602-4101

        *Counsel for John M. Higgins, Carol Higgins, and Weatherguard, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served by electronic service upon all parties this 19th day of April, 2019.

        */s/ Kent Wicker*
        Kent Wicker